Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

FILED
2025 OCT 27  AM 9:40
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___RM___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| V.   PLAINTIFF | 2:25-mj-06539-DUTY |
| CARLITOS RICARDO PARIAS | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# _____   DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 10/21/2025 at 09:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC 111 Assault on a Federal Officer

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☐ No  ☒ Yes   Language: SPANISH

7. Year of Birth: 1981

8. Defendant has retained counsel: ☐ No
   ☒ Yes   Name: Carlos Jurado   Phone Number: 800-570-5101 or 562-618-6771

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Corbin Phipps   (please print)

12. Office Phone Number: 562-323-2631

13. Agency: HSI

14. Signature: *Corbin Phipps*

15. Date: 10/27/2025

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION