## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | | ☑ LA ☐ RS ☐ SA    DATE FILED: 10/21/2025 |
|---|---|---|
| | PLAINTIFF | CASE NUMBER:  2:25-MJ-06539-DUTY  ☐ Under Seal |
| | | INIT. APP. DATE: 10/27/2025         TIME: 1:30 PM |
| v. | | CHARGING DOC: Complaint & Warrant |
| Carlitos Ricardo Parias | | DEFENDANT STATUS: In Custody |
| | DEFENDANT. | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| | | VIOLATION: 18:111 |
| | | COURTSMART/REPORTER:   10-27-25 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE  Jacqueline Chooljian | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:** Kerri Hays            Christopher Jones            Spanish F. Javier Villalobos

*Deputy Clerk*      *Assistant U.S. Attorney*      *Interpreter / Language*

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
☑ preliminary hearing OR ☐ removal hearing / Rule 20.

☑ Defendant states true name ☑ is as charged ☐ is

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☑ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.

☑ Attorney: Gabriela Rivera            ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☐ Poss. Contribution

☐ Ordered (see separate order) ☐ Special appearance by: _____

☑ Government's request for detention is:  ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☑ CONTINUED

☐ Contested detention hearing is held. ☑ Defendant is ordered: ☐ Permanently Detained ☑ Temporarily Detained (see separate order)

☐ **BAIL FIXED AT $** _____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED

☐ Preliminary Hearing waived.     ☐ Class B Misdemeanor     ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ **PO/PSA WARRANT**     ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.

☑ Preliminary Hearing set for ___11-10-25___ at ___11:30 AM___ in Los Angeles

☑ Post-Indictment Arraignment set for: ___11-17-25___ at ___11:30 AM___ in Los Angeles

☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☐ Defendant executed Waiver of Rights. ☐ Process received.

☐ Court ORDERS defendant Held to Answer to _____ District of _____

☐ Bond to transfer, if bail is posted. Defendant to report on or before _____

☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____

☐ Warrant of removal and final commitment are ordered stayed until _____.

☑ Case continued to (Date) ___10-31-25___ (Time) ___10:00___ ☑ AM / ☐ PM

☐ Type of Hearing: Detention Hearing   Before Judge Chooljian   /Duty Magistrate Judge.
Proceedings will be held in the ☑ Duty Courtroom ___640___   ☐ Judge's Courtroom

☐ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☑ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐ Electronic Release Order issued (if issued using Release Book: Release Order No. _____ ).

☐ Other:

**RECEIVED:** ☐ PSA ☐ PROBATION ☐ FINANCIAL ☐ CR-10     ☐ **READY**     Deputy Clerk Initials _____
: 13