UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

Case No.: **2:25-cr-00904-FMO**  Date: **11/17/2025**

Present: The Honorable: **Brianna Fuller Mircheff, United States Magistrate Judge**

Interpreter: **Dolores Aguirre**  Language: **Spanish**

| Christianna Howard | CS 11/17/2025 | Jun Nam |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)  ✔ Present  **In Custody**  
**Carlitos Ricardo Parias**

Attorneys for Defendants:  ✔ Present  **DFPD**  
**Cuauhtemoc Ortega, S/A Claire M. Kennedy**

Proceedings: Arraignment of Defendant and/or  ✔ Assignment of Case  Appointment of Counsel  Initial Appearance

* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: Dolores Aguirre; Language: Spanish
* Court does not question defendant as to true name.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Fernando M. Olguin.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 12/30/2025 8:45 AM
* Abstract of court proceedings issued.
* Judge Olguin is located in 6D, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA   PSAED   PSASA  
✔ USMLA   USMED   USMSA  
Statistics Clerk       ✔ Interpreter  
CJA Supervising Attorney   Fiscal

Initial Appearance/Appointment of Counsel: **00** : **00**  
Arraignment: **00** : **05**  
Initials of Deputy Clerk: **CH by TRB**