TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
CHRISTOPHER JONES (Cal. Bar No. 343374)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7383
     Facsimile: (213) 894-0141
     E-mail:    christopher.jones4@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00904-FMO |
|---|---|
| Plaintiff, | SPEEDY TRIAL NOTICE |
| v. | Indictment: November 4, 2025 |
| CARLITOS RICARDO PARIAS, | Pretrial Conference: December 18, 2025 at 2:00 p.m. |
| Defendant. | Trial: December 30, 2025 at 9:00 a.m. |
| | Last Day: January 13, 2026 |

Pursuant to the Court's order at the hearing on December 4, 2025, Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney

//

//

Christopher Jones calculates that, as of this date, the Speedy Trial Act, 18 U.S.C § 3161, requires that the trial commence on or before January 13, 2026.

Dated: December 5, 2025               Respectfully submitted,

                                      TODD BLANCHE
                                      Deputy Attorney General

                                      BILAL A. ESSAYLI
                                      First Assistant United States Attorney

                                      ALEXANDER B. SCHWAB
                                      Assistant United States Attorney
                                      Acting Chief, Criminal Division

                                      _____/s/_____
                                      CHRISTOPHER JONES
                                      Assistant United States Attorneys

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA