# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | **CR 25-00904-FMO** | Date | **December 9, 2025** |
|---|---|---|---|

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Interpreter | Spanish - Jesus Rivera |

| Vanessa Figueroa | Amy Diaz | Kali Yallourakis |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| CARLITOS RICARDO PARIAS | X | X | | Cuauhtemoc Ortega, FPD | X | X | |

**Proceeding**    **Application for Review/Reconsideration of Bond [12]; Status Conference**

Also Present: Jarryd Fernand Tanedo, U.S. Probation & Pretrial Office

For the reasons stated on the record, the court denies the government's Application for Review or Reconsideration (Dkt. 12, Application). The bond given by Judge Chooljian is upheld.

The court and counsel confer regarding the upcoming trial and discovery.

No later than **December 10, 2025**, government counsel Christopher Jones is ordered to file a declaration under penalty of perjury regarding the videos provided to defendant in discovery, confirming whether the government produced the entirety of the videos rather than excerpts. No later than **December 15, 2025**, Mr. Jones shall file a declaration under penalty of perjury setting forth the names and titles of the individuals that conducted the Brady, Henthorn, and Giglio reviews, as well as the dates on which they conducted those reviews. Failure to provide these declarations may result in the imposition of sanctions.

No later than **December 10, 2025**, defendant shall file an Ex Parte Motion Re: Dismissal of Indictment ("Motion"). The government's opposition to the Motion shall be due by no later than **December 12, 2025**. Failure to file an opposition shall be deemed as consent to the granting of the Motion. Defendant shall file a reply to the Motion by no later than **December 15, 2025.**

cc:    U.S. PROBATION & PRETRIAL OFFICE
       CRIMINAL INTAKE SECTION

|  | 00 | : | 30 |
|---|---|---|---|
| Initials of Deputy Clerk | | vdr | |