1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

UNITED STATES OF AMERICA,

11

Plaintiff,

12

v.

13

CARLITOS RICARDO PARIAS,

14

Defendant.

15

Case No. 2:25-cr-00904-FMO

**[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE AND EXONERATING BOND**

16      GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that this

17 case is dismissed with prejudice.

18      IT IS FURTHER ORDERED that bond in this case be exonerated.

19

20 DATED:  December ___, 2025

21                                     _____
                                       HONORABLE FERNANDO M. OLGUIN

22                                     United States District Judge

23
24
25
26
27
28