TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
CHRISTOPHER JONES (Cal. Bar No. 343374)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7383
     Facsimile: (213) 894-0141
     E-mail:    christopher.jones4@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-cr-00904-FMO |
| Plaintiff, | DECLARATION OF ASSISTANT UNITED STATES ATTORNEY CHRISTOPHER JONES |
| v. | |
| CARLITOS RICARDO PARIAS, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Christopher Jones, hereby submits the following declaration in compliance with the Court's December 9, 2025 Order (Dkt. 52 ("the

//
//

Order")) providing additional information about the videos that the government produced from a third-party property management company.

```
Dated: December 10, 2025          Respectfully submitted,

                                  TODD BLANCHE
                                  Deputy Attorney General

                                  BILAL A. ESSAYLI
                                  First Assistant United States
                                  Attorney

                                  ALEXANDER B. SCHWAB
                                  Assistant United States Attorney
                                  Acting Chief, Criminal Division


                                        /s/
                                  CHRISTOPHER JONES
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA
```

**DECLARATION OF CHRISTOPHER JONES**

I, Christopher Jones, declare as follows:

1.   I am an Assistant United States Attorney at the U.S. Attorney's Office for the Central District of California assigned to the above-captioned matter.

2.   On December 3, 2025, the parties had a meet and confer about documents that had been produced in the case.  Defense counsel asked whether the video produced at USAO_000026 was an excerpt of a longer video.  I stated that I did not believe so but would confirm.

3.   The government has produced in discovery videos that were captured by third-party security footage belonging to a property management company.  These videos were produced at USAO_000026, USAO_000032 through USAO_000077, and USAO_000081.  These videos were produced in their entirety as they were received by the government.

4.   I understand from my conversations with AUSA Kali Yallourakis the following.  At the December 9, 2025, hearing in this case, defense counsel raised an issue as to whether certain videos produced were excerpts of larger videos.  AUSA Yallourakis clarified on the record that her understanding of defense counsel's comment was related to a particular video (USAO_000026, initially titled "overview.avi"), a video that she described as an "aerial view" of the incident, and represented to defense counsel and the Court that that video was the full version, and not an excerpt.  Defense counsel indicated that the video(s) he was referring to may not be the aerial view video that AUSA Yallourakis was referring to.  In response, the Court directed defense counsel to meet and confer with government counsel and be specific about which video(s) he was referencing, and directed government counsel to check the videos produced in discovery

1

and confirm they were all the complete and accurate copies.  Further, the Court ordered that government counsel submit a declaration to that effect by today.

5.   AUSA Yallourakis informed me that after the hearing, she and defense counsel met and conferred, and she sought to clarify with defense counsel which video(s) he was describing.  He stated that he did not believe it was the aerial view video, but AUSA Yallourakis clarified that by "aerial," she just meant a video taken from an upper-level vantage point, from a nearby business surveillance camera.  Defense counsel took note of the video title "overview.avi" and stated that he would check if that was the video in question, indicating it might have been, but he was not certain.

6.   In response to the Court's Order, I submit this Declaration detailing that, as described below, the government produced the videos as received from the property management company whose cameras captured the footage.  The government did not excerpt the videos before producing them in discovery.

7.   From my discussions with an investigator in this case and my review of evidence in this case, my understanding is as follows:

8.   After the conduct charged in the indictment occurred on October 21, 2025, law enforcement contacted a property management company who controls the cameras for a building located on the same street where the incident occurred.

9.   A manager at that company provided a video of security footage showing the incident.  That video was produced to defendant in its entirety at USAO_000026.  The video is labeled camera 27 and includes a time stamp beginning at 8:46 a.m.

2

10. After receiving this video, law enforcement sent a follow-up request to the company for "every camera angle for the same time frame," "even if they did not catch the actual incident." In response, the company sent law enforcement additional videos.

11. Those additional videos were produced to defendant in their entirety at USAO_000032 through USAO_000077 and USAO_000081. USAO_000049 is the footage from camera 27 that was received in the second tranche of videos. According to the timestamp, the video at USAO_000049 begins at 8:45 a.m.

12. It is my understanding that the government has produced to defendant all of the videos in their entirety that the property management company provided to law enforcement. I have not edited, excerpted, or spliced any of the videos.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Columbia, South Carolina, on December 10, 2025.

*/s/ Christopher Jones*
CHRISTOPHER JONES
Assistant United States Attorney