# EXHIBIT 1

**From:** Stephanie Torres on behalf of ADL196COURT
**To:** Diana Miner
**Subject:** Re: [EXTERNAL] Scheduling of VTC Legal Call
**Date:** Friday, December 12, 2025 1:39:54 PM

You don't often get email from adl196court@geogroup.com. Learn why this is important

Good Afternoon,

I wanted to inform you of our new way to schedule appointments, follow the instructions below. Thank You.

**Attorney appointments may now be scheduled through EROeFile at Adelanto ICE Processing Center or by calling (760) 561-6208. Also starting December 3rd all VAV appointments at Desert View Annex must be scheduled through EROeFile unless there is an exigent circumstance.**

**For more information on EROeFile's Detention Facility Appointment Scheduler (DFAS) system legal representatives can visit: https://www.ice.gov/eroefile/dfas (for FAQs, the Quick Reference Guide, and helpdesk information). All legal representatives with EROeFile accounts can proceed to their login page: https://eroefile.ice.gov/.**

**Review the ICE.gov facility page, linked above, for the full procedures and information. For more information on the DFAS system legal representatives can visit: https://www.ice.gov/eroefile/dfas (for FAQs, the Quick Reference Guide, and helpdesk information). If you are having any technical difficulties with the system, please email ICE directly at: EROeFile.Helpdesk@ice.dhs.gov.**

---

**From:** Diana Miner <Diana_Miner@fd.org>
**Sent:** Friday, December 12, 2025 1:37 PM
**To:** ADL196COURT <ADL196COURT@geogroup.com>
**Subject:** [EXTERNAL] Scheduling of VTC Legal Call

I am writing to request a legal call with Detainee Carlitos Parias, A# 246-059-603.

This is a time sensitive matter regarding a criminal court hearing. We would like to schedule the call for Tuesday, December 16, 2025.

Attached is Mr. Ortega's California Driver's License and California State Bar Card.

Please let me know if there is anything further, I need to do to facilitate this request.

Respectfully

Diana Miner

**Diana Miner**
**Executive Assistant to Cuauhtemoc Ortega**
**Office of the Federal Public Defender**
**Central District of California**
321 E 2nd Street | Los Angeles, CA 90012 | fpdcdca.org
**O:** 213.894.2997 | **F:** 213.894.0081 | **M:** 213.894.2854 | **C:** 213.435.7074

CONFIDENTIALITY NOTE:
This email, and any attachment(s) accompanying it, contain(s) confidential and privileged information from the Office of the Federal Public Defender. The information therein is intended only for the use of the individual(s) and/or entity(ies) named in this e-mail. If you are not the intended recipient, be aware that any disclosure of this information is prohibited. If you have received this e-mail in error, please notify me immediately by reply e-mail.