# EXHIBIT 5

**Attorney Licensing Document(s)**

Choose Files No file chosen | Upload

**Attorney Authorization Letter**

Choose Files No file chosen | Upload

**Form G-28 ⓘ and/or EOIR-28 ⓘ**

Choose Files No file chosen | Upload

**Professional Licensure or Curriculum Vitae (Medical Mental Health Evaluators)**

Choose Files No file chosen | Upload

**Government Issued Identification**

CO DL.pdf ✕

**Attorney Licensing Document(s)**

State Bar.pdf ✕

**Find Available Appointments**

Back to Appointment Details

# Standard Remote Phone

Calendar

04 January 2026 — 10 January 2026

**First Available Time:**
**Thursday, December 25, 2025 08:00AM**

## Jan 2026

Previous | Today | Next

| Sunday 4 Jan | Monday 5 Jan | Tuesday 6 Jan | Wednesday 7 Jan | Thursday 8 Jan | Friday 9 Jan | Saturday 10 Jan |
|---|---|---|---|---|---|---|

**Appointment Location Timezone:** US/Pacific

**Selected Time:** --

Schedule

**Attorney Licensing Document(s)**

Choose Files No file chosen Upload

**Attorney Authorization Letter**

Choose Files No file chosen Upload

**Form G-28 ⓘ and/or EOIR-28 ⓘ**

Choose Files No file chosen Upload

**Professional Licensure or Curriculum Vitae (Medical Mental Health Evaluators)**

Choose Files No file chosen Upload

**Government Issued Identification**

CO DL.pdf ✕

**Attorney Licensing Document(s)**

State Bar.pdf ✕

**Find Available Appointments**

Back to Appointment Details

# Standard Remote Phone

Calendar

11 January 2026 — 17 January 2026

**First Available Time:**
**Thursday, December 25, 2025 08:00AM**

## Jan 2026

Previous | Today | Next

| Sunday 11 Jan | Monday 12 Jan | Tuesday 13 Jan | Wednesday 14 Jan | Thursday 15 Jan | Friday 16 Jan | Saturday 17 Jan |
|---|---|---|---|---|---|---|

**Appointment Location Timezone:** US/Pacific
**Selected Time:** --

Schedule

**Attorney Licensing Document(s)**

Choose Files No file chosen | Upload

**Attorney Authorization Letter**

Choose Files No file chosen | Upload

**Form G-28 ? and/or EOIR-28 ?**

Choose Files No file chosen | Upload

**Professional Licensure or Curriculum Vitae (Medical Mental Health Evaluators)**

Choose Files No file chosen | Upload

**Government Issued Identification**

CO DL.pdf ✕

**Attorney Licensing Document(s)**

State Bar.pdf ✕

**Find Available Appointments**

Back to Appointment Details

# Standard Remote Phone

Calendar

18 January 2026 — 24 January 2026

**First Available Time:**
**Thursday, December 25, 2025 08:00AM**

## Jan 2026

Previous | Today | Next

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 18 Jan | 19 Jan | 20 Jan | 21 Jan | 22 Jan | 23 Jan | 24 Jan |

**Appointment Location Timezone:** US/Pacific
**Selected Time:** --

Schedule

**Attorney Licensing Document(s)**

Choose Files No file chosen | Upload

**Attorney Authorization Letter**

Choose Files No file chosen | Upload

**Form G-28 ? and/or EOIR-28 ?**

Choose Files No file chosen | Upload

**Professional Licensure or Curriculum Vitae (Medical Mental Health Evaluators)**

Choose Files No file chosen | Upload

**Government Issued Identification**

CO DL.pdf ✕

**Attorney Licensing Document(s)**

State Bar.pdf ✕

**Find Available Appointments**

Back to Appointment Details

# Standard Remote Phone

Calendar

25 January 2026 — 31 January 2026

**First Available Time:**
**Thursday, December 25, 2025 08:00AM**

## Jan 2026

Previous | Today | Next

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 25 Jan | 26 Jan | 27 Jan | 28 Jan | 29 Jan | 30 Jan | 31 Jan |

**Appointment Location Timezone:** US/Pacific
**Selected Time:** --

Schedule

**Attorney Licensing Document(s)**

Choose Files No file chosen Upload

**Attorney Authorization Letter**

Choose Files No file chosen Upload

**Form G-28 ? and/or EOIR-28 ?**

Choose Files No file chosen Upload

**Professional Licensure or Curriculum Vitae (Medical Mental Health Evaluators)**

Choose Files No file chosen Upload

**Government Issued Identification**

CO DL.pdf ✕

**Attorney Licensing Document(s)**

State Bar.pdf ✕

**Find Available Appointments**

Back to Appointment Details

# Standard Remote Phone

Calendar

28 December 2025 — 03 January 2026

**First Available Time:**
**Thursday, December 25, 2025 08:00AM**

## Jan 2026

Previous Today Next

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 28 Dec | 29 Dec | 30 Dec | 31 Dec | 1 Jan | 2 Jan | 3 Jan |

**Appointment Location Timezone:** US/Pacific

**Selected Time:** --

Schedule