CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
(E-Mail: cuauhtemoc_ortega@fd.org)
GABRIELA RIVERA (Bar No. 283633)
(E-Mail: gabriela_rivera@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
CARLITOS RICARDO PARIAS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARLITOS RICARDO PARIAS,<br><br>　　　　Defendant. | Case No. 2:25-cr-00904-FMO<br><br>**EXHIBIT 9 IN SUPPORT OF DEFENDANT'S REPLY TO GOVERNMENT'S OPPOSITION TO *EX PARTE* APPLICATION FOR ORDER DIMISSING CASE WITH PREJUDICE** |

Defendant Carlitos Ricardo Parias, through undersigned counsel, hereby files Exhibit 9 in support of his reply to the government's opposition to his *ex parte* application for an order dismissing his case with prejudice. Exhibit 9 is an email received this morning, December 16, 2025, which in response to the defense team's request for a video teleconference visit, states:

> There has been an influx of attorney visits, which has caused scheduling to be pushed back and wait times to become longer. The GEO scheduling team is doing their best to try to accommodate everyone. So, there is a high possibility that this visit will not be scheduled in time, I will inform the scheduling team to see if anything can be done.

1 | Mr. Parias respectfully requests that the Court consider this exhibit as part of his reply to
2 | the government's application.

Respectfully submitted,

DATED: December 16, 2025    By  /s/ *Cuauhtemoc Ortega*
　　　　　　　　　　　　　　　　CUAUHTEMOC ORTEGA
　　　　　　　　　　　　　　　　Federal Public Defender
　　　　　　　　　　　　　　　　GABRIELA RIVERA
　　　　　　　　　　　　　　　　Deputy Federal Public Defender