# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CR 25-00904-FMO** | Date | **December 17, 2025** |

| | |
|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge |
| Interpreter | None Present |

| Vanessa Figueroa | None Present | Christopher R. Jones, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| CARLITOS RICARDO PARIAS | NOT | | X | Gabriela Rivera, DFPD | NOT | X | |
| | | | | Cuauhtemoc Ortega, FPD | NOT | X | |

**Proceeding**    **(In Chambers) Order Re: Further Proceedings**

On the court's own motion, IT IS ORDERED THAT the pretrial conference set for December 18, 2025, is **continued** to **Monday, December 29, 2025 at 2:00 p.m.**

                                                                                    00 : 00

Initials of Deputy Clerk       vdr