TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
CHRISTOPHER JONES (Cal. Bar No. 343374)
BARR BENYAMIN (Cal. Bar No. 318996)
Assistant United States Attorneys
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6482 / (213) 894-6772
    Facsimile: (213) 894-0141
    E-mail:   christopher.jones4@usdoj.gov
                barr.benyamin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>          v.<br><br>CARLITOS RICARDO PARIAS,<br><br>      Defendant. | No. 2:25-CR-00904-FMO<br><br>DECLARATION OF CHRISTOPHER JONES PURSUANT TO FED. R. CRIM. P. 5(f)<br><br>Trial Date:  December 30, 2025<br>Trial Time:  8:45 a.m.<br>Location:    Courtroom of the Hon. Fernando M. Olguin |
|---|---|

    Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central

//

//

1  District of California and Assistant United States Attorneys
2  Christopher Jones and Barr Benyamin, hereby files its declaration
3  pursuant to Fed. R. Crim. P. 5(f) in accordance with the Court's Case
4  Management Order.  (Dkt. 42.)

Dated: December 24, 2025            Respectfully submitted,

                                           TODD BLANCHE
                                           Deputy Attorney General
                                           BILAL A. ESSAYLI
                                           First Assistant United States
                                           Attorney

                                           ALEXANDER B. SCHWAB
                                           Assistant United States Attorney
                                           Acting Chief, Criminal Division

                                                 /s/
                                           CHRISTOPHER JONES
                                           BARR BENYAMIN
                                           Assistant United States Attorneys

                                           Attorneys for Plaintiff
                                           UNITED STATES OF AMERICA

**DECLARATION OF CHRISTOPHER JONES**

I, Christopher Jones, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the attorneys representing the government in this case.

2. I file this declaration on behalf of the government in accordance with the Court's Case Management Order dated November 25, 2025. (Dkt. 42.)

3. As of the date of this declaration, the government has produced or made available for inspection to the defense all evidence in its current possession that is relevant to defendant's guilt/punishment or that is favorable to defendant on the issue of guilt/punishment regarding the charged incident. The government is currently attempting to obtain additional evidence, including continuing to follow up with the Los Angeles Police Department to confirm whether they have any additional records related to this incident beyond the CAD reports that have been produced. On December 24, 2025, an LAPD representative confirmed that he does not believe there are any additional records from the incident but will double check on Monday, December 29, 2025, when personnel have returned from holiday leave. In the FBI's investigation files, there are also references to, for instance, audio recordings of interviews that occurred with LAPD personnel and are memorialized in 302s. The audio recordings are in the possession of counsel for the LAPD officers. The FBI has repeatedly requested them to no avail. Upon receipt, the government will produce them. An ROI from an agent at the U.S. Department of Homeland Security, Homeland Security Investigations,

describing the October 21, 2025 incident was finalized on December 24, 2025, and produced the same day.

4. To comply with its obligations under Brady v. Maryland, 373 U.S. 83 (1963), and Fed. R. Crim. P. 5(f), the government has sought and produced or made available for inspection all known Brady evidence. Specifically, I have had many discussions with the case agent about the potentially responsive materials possessed by the Department of Homeland Security, Homeland Security Investigations. The case agent has also conferred with the Federal Bureau of Investigation about its investigation into the October 21, 2025 arrest of defendant, as well as the U.S. Marshals Service and the Los Angeles Police Department, both of whom had personnel at the scene. Defendant's A-file has also been produced. The government is unaware of any Rule 5(f) or Brady evidence in its possession that has not been produced or made available to defendant for inspection. The government's review for any additional evidence that falls under its discovery obligations, including under Brady and Rule 5(f), remains ongoing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Portland, Oregon, on December 24, 2025.

*/s/ Christopher Jones*
CHRISTOPHER JONES
Assistant United States Attorney

2