# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 25-00904-FMO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CARLITOS RICARDO PARIAS, | |
| Defendant. | |

Pursuant to the Court's Order of December 27, 2025, **IT IS ADJUDGED** that the above-captioned action is **dismissed with prejudice**.

Dated this 29th day of December, 2025.

/s/
Fernando M. Olguin
United States District Judge