JS-3

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America,

                                             PLAINTIFF,

                    v.

CARLITOS RICARDO PARIAS,

                                             DEFENDANT.

**CASE NUMBER**

CR 25-00904-FMO

**JUDGMENT OF DISCHARGE**
**(Fed. R. Crim. P. 32(k)(1))**

The defendant named above is now entitled to be discharged on ALL pending counts of the Indictment/Information for the reason(s) stated below:

- ☐ the Court has granted the motion of the government for dismissal;
- ☐ the Court has granted the motion of the defendant for a judgment of acquittal;
- ☐ a jury has been waived, and the Court has found the defendant not guilty;
- ☐ the jury has returned its verdict, finding the defendant not guilty;
- ☒ an order of dismissal has been entered by the court;
- ☐ other (*specify below*):

IT IS THEREFORE ADJUDGED that the defendant named above is hereby discharged pursuant to Federal Rule of Criminal Procedure 32(k)(1).

☒ IT IS ORDERED that the bond of the defendant is hereby exonerated.

December 29, 2025

Date

Fernando M. Olguin

United States District Judge

**NOTICE TO U.S. MARSHAL - This Judgment of Discharge is not a substitute for the Release Form.**